**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dana Collette BEAUCHAMP,
Defendant–Appellant.**

**No. 06–30119
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

Ian F. Hipwell, Deputy Chief Attorney, U.S. Attorney's Office, Middle District of Louisiana, Baton Rouge, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, Jean M. Faria, Federal Public Defender's Office, Middle District of Louisiana, Baton Rouge, LA, for Defendant–Appellant.

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Dana Beauchamp has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Beauchamp has filed a response, which includes a claim of ineffective assistance. We do not reach that claim (about

which we express no opinion), because the record has not been adequately developed to address it on direct appeal. *See United States v. Sanchez–Pena,* 336 F.3d 431, 445–46 (5th Cir.2003).

Our independent review of the brief, the government's response, Beauchamp's response, and the record discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. All remaining motions are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.